AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION  ☐ APPEAL | | COURT NAME AND LOCATION<br>US DISTRICT COURT |
|---|---|---|
| DOCKET NO.<br>12-3865 (FSH) | DATE FILED<br>6/25/2012 | 50 WALNUT STREET<br>NEWARK, NJ 07101 |
| PLAINTIFF<br><br>AMSELFILM PRODUCTIONS GMBH & CO. KG | | DEFENDANT<br><br>SWARM 6A6DC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1  PA 1-768-857 | The Dough/Bablo | CTB Film Company |
| 2 | See Attached Certificate of Registration Form | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK | DATE<br>6/25/2012 |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon mail copy to
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-768-857**

Effective date of registration:

December 13, 2011

## Title

**Title of Work:** The Dough / Bablo

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** October 13, 2011   **Nation of 1st Publication:** Russia (Federation)

## Author

- **Author:** CTB Film Company
  **Author Created:** production/producer
  **Work made for hire:** Yes
  **Citizen of:** Russia (Federation)   **Domiciled in:** Russia (Federation)

- **Author:** Konstantin Viktorovich Buslov
  **Author Created:** direction/director
  **Citizen of:** Russia (Federation)   **Domiciled in:** Russia (Federation)

## Copyright claimant

**Copyright Claimant:** Amselfilm Productions GmbH & Co. KG
Oranienburger Str. 50, Berlin, 10117, Germany

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Amselfim Productions GmbH & Co. KG
**Name:** Natalia Drozd
**Email:** drozd@ctb.ru
**Address:** Oranienburger Str.50
berlin, 10117 Germany

## Certification

Page 1 of 2

**Name:** Natalia Drozd
**Date:** January 17, 2012

---

**Correspondence:** Yes

**Copyright Office notes:** Regarding certification: Certification affirmed by email with Natalia Drozd on 1/17/2012