UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Amselfilm Productions. | ) | Civil Action No. 12-3865 |
| Plaintiff | ) | Case 2:12-cv-03865-FSH-PS |
| v. | ) | |
| John Does 1-187 | ) | |
| Defendants | ) | NOTICE OF MOTION |
| _____/ | ) | |

RECEIVED
SEP 24 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

PLEASE TAKE NOTICE John Doe (IP 24.18.117.183) will move before the Honorable Faith S. Hochberg, U.S.D.J. on the next motion day based on the date of U.S.P.S. delivery of this motion, _____ (Per discussion with Clerk's office, date to be entered by clerk upon receipt of this document) for an Order to Quash and or Dismiss subpoena.

In support of my motion, I will rely on the attached brief, Memorandum In Support of Motion To Quash or Dismiss Subpoena.

Respectfully submitted,

*John Doe*
John Doe
IP Address: 24.18.117.183
sophisticatedjohndoe@gmail.com
Pro se

Date: 09/19/2012

6494 pumpkinseed circle
Unit 101
Boca Raton, FL 33433

New Jersey District Court
ATTN: Clerk's office
50 Walnut Street Room 4015
Newark, NJ 07101